IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PRAVIN ZAGADE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security; MERRICK GARLAND, Attorney General of the United States; TRACY RENAUD, Senior Official Performing Duties of the Director for USCIS; DANIEL M. RENAUD, Director for USCIS Vermont Service Center; and THE UNITED STATES,<br><br>    Defendants. | CIVIL ACTION NO.: 4:23-cv-16 |

**O R D E R**

Plaintiff filed the Complaint initiating this action on January 19, 2023. (Doc. 1.) On March 15, 2023, Plaintiff filed a Notice of Voluntary Dismissal, stating their intent to dismiss the case without prejudice. (Doc. 6.) None of the Defendants have filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **GRANTS** the dismissal of the case, (id.), and **DIRECTS** the Clerk of Court to **DISMISS** this case **WITHOUT PREJUDICE** and to **CLOSE** this case.

**SO ORDERED**, this 20th day of June, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA